MISSELBECK v. GREIME, appellant.

*Evidence — admissions.*

A witness for plaintiff, who had testified to an admission by defendant, was asked upon cross-examination: "How much did defendant say he owed plaintiff at that time and in that conversation?" *Held*, that the question was proper, and not in conflict with the rule in *Rouse* v. *Whited*, 25 N. Y. 176.

*S. W. Jackson,* for appellant.

*T. S. Westbrook,* for respondent.

P. POTTER, J.

APPEAL from a judgment entered upon the report of a referee. The opinion is devoted to a review of the evidence, and contains nothing of importance for publication not embraced in the head note.

*Judgment affirmed.*